In the Matter of HERBERT BREGG, an attorney-at-law.

October 10, 1972. It is Ordered that Herbert Bregg of Bloomfield be suspended and enjoined from the practice of law for a period of three months and until further order of the Court and that he comply with the regulations governing conduct of suspended, disbarred or resigned attorneys.

In the Matter of GEORGE J. McGINNIS, III, an attorney-at-law.

October 10, 1972. It is Ordered that the name of George J. McGinnis, III of Trenton be stricken from the roll of attorneys at law of this State and that he be permanently enjoined from the practice of law.

In the Matter of IRVING J. ZWILLMAN, An attorney at law.

July 14, 1972. It is Ordered that Irving J. Zwillman of Newark be disbarred and his name be stricken from the roll of attorneys at law of this State and that he be permanently enjoined from the practice of law and that he comply with the regulations governing conduct of suspended, disbarred or resigned attorneys.